IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY LEE SHAVERS, #130 742,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-817-WKW |
| | ) | |
| **BILLY MITCHEM, WARDEN,** *et al.*, | ) | |
| | ) | |
| Resondents. | ) | |

### ORDER

The Magistrate Judge filed a Recommendation (Doc. # 14) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED;

2. The petition for habeas corpus (Doc. # 1) is DENIED;

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 15th day of October, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE